UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL BENAVIDEZ | § § | |
| VS. | § § § § | CIVIL ACTION NO. 2:21-cv-00194<br>JURY TRIAL |
| NUECES COUNTY, TEXAS, and<br>BOBBY JOE BENAVIDES, Individually | § § § | |

## ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTE LEAD COUNSEL

Melissa Vela, lead counsel for Defendant Nueces County, Texas, has filed a motion to withdraw and substitute Nicole Reustle as the attorney-in-charge for Defendant.

The motion is GRANTED.

ORDERED this ____ day of 5/11/22 2022.

_____
UNITED STATES DISTRICT JUDGE